# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

JEFFREY COVEY,

        Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security

        Defendant.

Case No. 18-cv-32-slc

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant affirming the decision of defendant Nancy A. Berryhill, Acting Commissioner of Social Security, and dismissing this case.

| | |
|---|---|
| s/ V. Olmo, Deputy Clerk | 3/19/2019 |
| Peter Oppeneer, Clerk of Court | Date |