# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

**JEFFREY COVEY,**

        **Plaintiff,**

**vs.**                                                               Case No.: 18-cv-32

**NANCY BERRYHILL,**
    **Commissioner of Social Security,**

        **Defendant.**

## NOTICE OF APPEAL

*Notice is hereby given* that Jeffrey Covey, by his attorney, Dana W. Duncan, Duncan Disability Law, S.C. plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit, an order dated March 19, 2019 and the judgment dated March 19, 2019 by Federal District Magistrate Judge Stephen Crocker which affirmed the decision of the Defendant, Nancy Berryhill, Commissioner of Social Security, denying plaintiff's application for disability insurance benefits under 42 U.S.C. §§ 216(i) and 223.

Dated this 17th day of May, 2019.

                                                    **DUNCAN DISABILITY LAW, S.C.**
                                                  Attorneys for the Plaintiff

                                                  /s/ Dana W. Duncan
                                                  _____
                                                  Dana W. Duncan
                                                  State Bar I.D. No. 01008917
                                                  555 Birch St
                                                  Nekoosa, WI 54457
                                                  (715) 423-4000